IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore

Civil Action No. 23-cv-01162-RM-SBP

CUONG NGUYEN ENTERPRISES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

TO HIS GLORY, INC., a Florida corporation, and
ANH LE, an individual,

    Defendants.

___

## ORDER
___

    Before the Court are three Motions by Plaintiff, seeking to reopen this case, add a party, and confirm an arbitration award.  (ECF Nos. 20, 21, 22.)  Defendants have not responded to the Motions, which are granted for the reasons below.

    This case was initially filed in state court in April 2023.  After it was removed to this Court, Defendants moved to compel arbitration pursuant to the arbitration provision of the parties' independent contractor agreement.  (ECF No. 14.)  Plaintiff agreed that the case should be stayed pending the outcome of the arbitration.  (ECF No. 15 at 2.)  Therefore, in May 2023 the Court granted Defendants' motion to compel arbitration and directed the Clerk to close the case, subject to reopening for good cause.  (ECF No. 16.)

    In July 2023, the parties entered into an arbitration agreement.  (ECF No. 20-1.)  An arbitration hearing took place in August and September 2024, in which Plaintiff and Cuong Nguyen, its managing member, were the Claimants and Defendants were the Respondents.  (ECF

No. 20-3.) The Arbiter made substantial findings about the parties' decade-long business relationship and entered a Final Award on October 11, 2024, followed by a Revised Final Award on November 25, 2024, which granted relief in the Claimants' favor in the amount of $833,311 plus interest accruing from the date of the original Final Award. (*Id.*)

Plaintiff filed the current Motions in January 2025. Pursuant to Fed. R. Civ. P. 21, Plaintiff seeks to add Mr. Nguyen as a party for the purpose of confirming the Revised Final Award and obtaining a judgment. Defendants have not opposed this request, and the Court finds on the record before it that Mr. Nguyen's joinder is appropriate. Pursuant to Colo. Rev. Stat. § 13-22-222 and Section 9 of the Federal Arbitration Act, Plaintiff also seeks an order confirming the Revised Final Award. Defendants have not opposed this request either, and the Court discerns no grounds for declining to confirm the award, which appears on its face to be valid and enforceable.

Therefore, the Motions (ECF Nos. 20, 21, 22.) are GRANTED. The Clerk is directed to REOPEN this case and ADD Cuong Nguyen, an individual, as a Plaintiff. The Court CONFIRMS the Revised Final Award and directs the Clerk to ENTER JUDGMENT in Plaintiffs' favor in the amount of $833,311, plus interest at the rate of eight percent per annum from October 11, 2024, until satisfied.

DATED this 28th day of April, 2025.

BY THE COURT:

_____
RAYMOND P. MOORE
Senior United States District Judge