**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01162-RM-SBP

CUONG NGUYEN ENTERPRISES, LLC, a Colorado limited liability company, and
CUONG NGUYEN, an individual,

      Plaintiffs,

v.

TO HIS GLORY, INC., a Florida corporation, and
ANH LE, an individual,

      Defendants.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order (Doc. 25) of Judge Raymond P. Moore entered on April 28, 2025, it is

      ORDERED that judgment is entered in favor of Plaintiffs, Cuong Nguyen Enterprises, LLC; and Cuong Nguyen, an individual; and against Defendants, To His Glory, Inc.; and Anh Le, an individual, in the amount of $833,311 plus interest at the rate of 8% per annum from October 11, 2024, until satisfied.   It is

      FURTHER ORDERED that this case is closed.

      Dated at Denver, Colorado this 28th day of April, 2025.

                 FOR THE COURT:
                 JEFFREY P. COLWELL, CLERK

                 _s/C. Pearson_____
                 C. Pearson, Deputy Clerk